| | | |
|---|---|---|
| IBERIA CREDIT BUREAU, INC. d/b/a INFORMATION SERVICES, WARDELL X. GERHARDT, AL THERIOT CONSTRUCTION, INC., ET AL<br>Plaintiffs | * * * | 16th JUDICIAL DISTRICT COURT<br><br>6:01cv2148 |
| VS. DOCKET NO.: 96613-B | * | PARISH OF IBERIA |
| CINGULAR WIRELESS, L.L.C, formerly known as BELL SOUTH MOBILITY, ET AL<br>Defendants | * | STATE OF LOUISIANA |

### PLAINTIFFS' 1ST SUPPLEMENTAL AND AMENDING PETITION

This, the first supplemental and amending petition of plaintiffs herein, Iberia Credit Bureau, Inc. d/b/a Information Services, Wardell X. Gerhardt, Al Theriot Construction Inc., Alfred J. Theriot, Constance White Louviere, Claudia Victoria Fontonet, Elliott Joliet and Charles V. Landry, hereinafter referred to as ("Plaintiffs") on behalf of themselves and all others similarly situated, complain of Defendants, Cingular Wireless, L.L.C. ("Cingular/BellSouth"), Iberia Cellular Telephone Company, L.L.C. d/b/a Centennial Wireless ("Centennial"), Sprint Communications Company, L.P. ("Sprint"), Telecorp Communications, Inc., ("SunCom"), Magic Video, Inc. ("Magic Video"), J's Cellular and Beepers, L.L.C ("J's"), and Wireless Communications, Inc., d/b/a Cajun Wireless of New Iberia, The Phone Store, hereinafter referred to as "Cajun Wireless", collectively referred to as "Defendants" and state as follows:

### PARTIES

By amending and supplementing paragraph 11 of the original Petition to read as follows:

11.     Defendant, Iberia Cellular Telephone Company, L.L.C., d/b/a Centennial Wireless whose domicile is the State of Delaware and principal business establishment address is 2006 McArthur Driver Alexandria, Louisiana, 71301 and registered agent for service of process is U.S.C. of Louisiana, Inc. 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, Louisiana 70816, hereinafter referred to as "Centennial".

By adding paragraph 57 of the original Petition to read as follows:

57. Plaintiffs re-allege each and every allegation contained in the original petition as though set forth fully herein.

WHEREFORE, Plaintiffs herein reiterate the prayer of their original petition as set forth at length herein and prays that the original petition be supplemented and amended in the above particulars and that after due proceedings had there be Judgment herein in favor of your petitioners as originally prayed for herein as follows:

Iberia Credit Bureau, Inc. d/b/a Information Services, and Wardell X. Gerhardt, and class members pray that this action be certified as a class action; that the practices and conduct of Defendant, Cingular Wireless, L.L.C. ("Cingular/BellSouth"), be adjudged a deceptive trade activity and a breach of contract; for an award of statutory damages pursuant to L.R.S. 15:1401, et seq.; for a permanent injunction enjoining Defendant, Cingular Wireless, L.L.C. ("Cingular/BellSouth"), from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

WHEREFORE, Plaintiffs, Al Theriot Construction Inc. and Alfred J. Theriot, and class members pray that this action be certified as a class action; that the practices and conduct of Defendant, Iberia Cellular Telephone Company, L.L.C. d/b/a Centennial Wireless ("Centennial"), be adjudged a deceptive trade activity and a breach of contract; for an award of statutory damages pursuant to L.R.S. 15:1401, et seq. for a permanent injunction enjoining Defendant, Iberia Cellular Telephone Company, L.L.C., d/b/a Centennial Wireless ("Centennial") from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

WHEREFORE, Plaintiff, Constance White Louviere, and class members pray that this action be certified as a class action; that the practices and conduct of Defendants, Cingular Wireless, L.L.C. ("Cingular/BellSouth") and Magic Video, Inc. ("Magic Video"), be adjudged a deceptive trade activity and a breach



of contract; for an award of statutory damages pursuant to L.R.S. 15:1401, et seq.; for a permanent injunction enjoining Defendants, Cingular Wireless, L.L.C. ("Cingular/BellSouth") and Magic Video, Inc. ("Magic Video"), from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

WHEREFORE, Plaintiff, Claudia Victoria Fontonet, and class members pray that this action be certified as a class action; that the practices and conduct of Defendant, Telecorp Communications, Inc., ("SunCom"), be adjudged a deceptive trade activity and a breach of contract; for an award of statutory damages pursuant to L.R.S. 15:1401, et seq.; for a permanent injunction enjoining Defendant, Telecorp Communications, Inc., ("SunCom"), from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

WHEREFORE, Plaintiff, Elliott Joliet, and class members pray that this action be certified as a class action; that the practices and conduct of Defendants, Sprint Communications Company, L.P. ("Sprint") and J's Cellular and Beepers, L.L.C ("J's"), be adjudged a deceptive trade activity and a breach of contract; for an award of statutory damages pursuant to L.R.S. 15:1401, et seq.; for a permanent injunction enjoining Defendants, Sprint Communications Company, L.P. ("Sprint") and J's Cellular and Beepers, L.L.C ("J's"), from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

WHEREFORE, Plaintiff, Charles V. Landry, and class members pray that this action be certified as a class action; that the practices and conduct of Defendants, Sprint Communications Company, L.P. ("Sprint") and Wireless Communications, Inc., d/b/a Cajun Wireless of New Iberia, be adjudged a deceptive trade activity and a breach of contract; for an award of statutory

damages pursuant to L.R.S. 15:1401, et seq.; for a permanent injunction enjoining Defendants, Sprint Communications Company, L.P. ("Sprint") and Wireless Communications, Inc., d/b/a Cajun Wireless of New Iberia, from continuing these practices; for an award of attorneys' fees, costs of suit, pre and post-judgment interest, and for such other and further relief this Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF HAIK, MINVIELLE & GRUBBS

By: _____
Theodore M. Haik, Jr.
SBN: 6416
1017 E. Dale
P. O. Box 11040
New Iberia, LA 70562-1040
Tel: (337) 365-5486
Fax: (337) 367-7069
ATTORNEY FOR PLAINTIFFS

LAW OFFICES OF JOSEPH JOY & ASSOCIATES

By: _____
Joseph R. Joy, III
SBN: 7575
214 Jefferson Street
P. O. Box 499
Lafayette, LA 70502
Tel: (337) 232-8123
Fax: (337) 235-5629
ATTORNEY FOR PLAINTIFFS

LAW OFFICES OF J. ROBERT DAVIS, L.L.P.
J. Robert Davis
SBN: 00788859
440 Louisiana, Suite 1600
Houston, Texas 77002
Tel: (713) 425-5255
Fax: (713) 425-5355
ATTORNEY FOR PLAINTIFFS

LAW OFFICES OF GAUTHIER & DOWNING
Wendel H. Gauthier
SBN: 5984
Scott LaBarre
SBN: 17659
3500 N. Hullen Street
Metairie, LA 70002
Tel: (504) 456-8066
Fax: (504) 456-8624
ATTORNEYS FOR PLAINTIFFS

LAW OFFICES OF CALVIN C. FAYARD, A. P. C.
Calvin C. Fayard, Jr., A. P. C.
SBN: 5486
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
ATTORNEY FOR PLAINTIFFS

SCANNED

## *PLEASE SERVE:*

### ORIGINAL PETITION AND 1ST SUPPLEMENTAL AND AMENDING PETITIONS ON THE FOLLOWING:

**CINGULAR WIRELESS, L.L.C., ("CINGULAR/BELLSOUTH")**
Through its Registered Agent for Service of Process:
Corporation Services Company
320 Somerulous Street
Baton Rouge, Louisiana 70802-6129

**IBERIA CELLULAR TELEPHONE COMPANY, L.L.C. D/B/A CENTENNIAL WIRELESS ("CENTENNIAL") CENTENNIAL WIRELESS**
Through its Registered Agent for Service of Process:
U.C.S. of Louisiana, Inc.
3867 Plaza Tower Drive
1st Floor
Baton Rouge, Louisiana 70816

**BELLSOUTH MOBILITY, L.L.C.**
Through its Registered Agent for Service of Process:
Prentice-Hall Corporation Systems, Inc.
701 South Peter Street
2nd Floor
New Orleans, Louisiana 70130

**SPRINT COMMUNICATIONS COMPANY, L.P.**
Through its Registered Agent for Service of Process:
Prentice-Hall Corporation Systems, Inc.
701 South Peter Street
2nd Floor
New Orleans, Louisiana 70130

**TELECORP COMMUNICATIONS, INC.**
Through its Registered Agent for Service of Process:
C. T. Corporation Systems
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**MAGIC VIDEO, INC.**
Through its Registered Agent for Service of Process:
Emmanuel St. Upery
502 Weeks Island Road
New Iberia, Louisiana 70560

**J'S CELLULAR AND BEEPERS, L.L.C.**
Through its Registered Agent for Service of Process:
Kent Delcambre
2009 Alice Street
New Iberia, Louisiana 70560

**WIRELESS COMMUNICATIONS, INC. d/b/a CAJUN WIRELESS OF NEW IBERIA, THE PHONE STORE**
Through its Registered Agent for Service of Process:
Brandon Boutte
608 Surry Street
Lafayette, Louisiana 70501

FILED FOR RECORD
2001 OCT 22 PM 3 18
DEPUTY CLERK OF COURT
PARISH OF IBERIA, LA