
**RECEIVED**

MAY 3 0 2003

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE - OPELOUSAS DIVISION**

US DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 3 0 2003

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY

| | |
|---|---|
| IBERIA CREDIT BUREAU, INC., d/b/a Information Services, et al | CIVIL ACTION |
| versus | NO. 01-2148 |
| CINGULAR WIRELESS, ET AL | JUDGE LEMELLE<br>MAG. JUDGE METHVIN |

## ORDER

After hearing oral argument, and for orally assigned reasons on May 23, 2003 on the following motions, **IT IS ORDERED** that:

1. Cingular Wireless L.L.C. and Bellsouth Mobility L.L.C.'s Motion to Sever (Record Document No. 163) is **DENIED** as premature, subject to reconsideration after completion of discovery;

2. Sprint Spectrum L.P.'s Motion for Separate Trial (Record Document No. 172) is **DENIED** as premature, subject to reconsideration after completion of discovery;

3. Sprint Spectrum, L.P.'s Motion to Compel Arbitration and to Dismiss or Stay Proceedings in Part (Record Document No. 214) is hereby **DENIED**;

4. Cingular Wireless, L.L.C. and BellSouth Mobility, L.L.C.'s Motion to Compel Arbitration and Stay Litigation with Respect to Plaintiffs Iberia Credit Bureau, Inc., Wardell X. Gerhardt, and Constance White Louvier (Record Document No. 219) is hereby **DENIED**;



5. Centennial Beauregard Cellular, L.L.C.'s Motion to Compel Arbitration and Stay These Proceedings (Record Document No. 228) is hereby **DENIED**.

**NOTE:** If Defendants seek to file an interlocutory appeal on our rulings on arbitration motions, said filing shall be due no later than **June 6, 2003**. Plaintiffs shall file their opposition to the motion to certify an interlocutory appeal no later than **June 17, 2003**.

6. Iberia Cellular Telephone Company, L.L.C.'s Motion for Partial Summary Judgment (Record Document No. 104) is hereby **DENIED** without prejudice to reurge at a later date;

7. Telecorp Communications, Inc.'s Motion for Partial Summary Judgment (Record Document No. 111) is hereby **DENIED** without prejudice to reurge at a later date;

8. Sprint Spectrum, L.P.'s Motion for Partial Summary Judgement (Record Document No. 173) is hereby **DENIED** without prejudice to reurge at a later date;

9. Motion for Partial Summary Judgment by Defendants Cingular Wireless, L.L.C. and BellSouth Mobility, L.L.C.'s (Record Document No. 175) is hereby **DENIED** without prejudice to reurge at a later date;

10. The State of Louisiana, ex rel Honorable Richard P. Ieyoub, Attorney General's Motion to Intervene (Record Document No. 238) is hereby **GRANTED**.

New Orleans, Louisiana, this 27th day of May, 2003.

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 6/3/03
BY: DB
TO: Haik

Joy
Fayard          Leblanc
Ounde           Noonan
Dougherty       Chautin
Wall            Balkin
Davis           Wingerter
Russo
Bergin
Duffy
Connolly
Wheeler