UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **IBERIA CREDIT BUREAU, INC., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  6:01-2148** |
| **CINGULAR WIRELESS, ET AL** | **JUDGE LEMELLE** |

# ORDER

Plaintiffs' Motion to Certify Judgment and for Written Reasons (Record Document Number 504) is **DENIED IN PART AND MOOT IN PART.**

Plaintiffs' Motion for Leave to file Petition for Permission to Appeal (Record Document 506), viewed as a request for this Court's permission for immediate appeal of a discovery order under the collateral-order doctrine, is **DENIED.**

As authority for above rulings, we adopt by reference the following: *Mohawk Industries, Inc., v. Carpenter*, 130 S. Ct. 599 (2009) (Post Judgment appeals, together with other review mechanisms, suffice to protect the rights of movants and preserve discovery issues if timely raised.); *Goodman v. Harris County*, 443 F. 3d 464, 467 (5th Cir. 2006) (Discovery orders are generally not

appealable, unless they fit within a particular exception to the collateral order rule.); Record Document Numbers 443,445,465,478, 485,490,501 and 503.

New Orleans, Louisiana, this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE