UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| IBERIA CREDIT BUREAU, ET AL | LAFAYETTE-OPELOUSAS DIVISION |
|---|---|
| VERSUS | MAGISTRATE HANNA, JUDGE LEMELLE |
| CINGULAR WIRELESS, ET AL | CIVIL NUMBER: 6:01-CV-2148 |

Motion for Class Certification

Plaintiffs respectfully submit this Motion requesting that this Honorable Court certify a class as defined as follows:

> All governmental entities who entered into contracts for a specific amount of airtime for a certain amount of money per minute for cellular service or wireless telephone services as provided by Centennial Communications Corp. and all of its related entities, in the United States, its territories of Puerto Rico and the US Virgin Islands and Jamaica from 1991 to present; and

> All natural persons, businesses and/or related entities who entered into contracts for a specific amount of airtime for a certain amount of money per minute for cellular service or wireless telephone services as provided by Centennial Communications Corp. and all of its related entities, in the United States' territories of Puerto Rico and the US Virgin Islands and Jamaica from 1991 to present; and

> All natural persons, businesses and/or related entities who entered into contracts for a specific amount of airtime for a certain amount of money per minute for cellular service or wireless telephone services as provided by Centennial Communications Corp. and all of its related entities, in the United States, its territories of Puerto Rico and the US Virgin Islands and Jamaica from October 19, 2007 to present.

Plaintiffs represent that his action was brought and is now maintained by the named plaintiffs as a class action on behalf of themselves and all other persons and/or entities similarly situated, comprising the class described above, pursuant to Federal Rule of Civil Procedure 23. Plaintiff is informed and believes, and on the basis of such information and belief declares, that joinder of the plaintiffs' claims is impracticable due to the number of lines associated with the various accounts. There are common questions of law and fact affecting rights of each member of the class, as against the named defendants, as is more fully set forth in plaintiffs' complaint. Moreover, claims of the named plaintiff are typical of the claims of all members of the class described above. Further, the named plaintiffs will fairly and adequately represent and protect the interests of all members of the class described above.

If individual actions by Centennial's customers were to proceed, they could not help but lead to inconsistent judgments. Finally, the common questions of law and fact predominate over any questions affecting individual members only, and a class action is superior to other available methods for the fair and efficient adjudication of the controversies between the class described above and the named defendant.

WHEREFORE, Plaintiffs pray that this Honorable Court issue an Order certifying a class as defined above.

        **Respectfully:**
        **Law Offices of D. Patrick Daniel, Jr., LLC**

        _____
        D. PATRICK DANIEL, JR., T.A. No. 27753
        900 South College Road, Suite 202 (70503)
        Post Office Drawer 51709
        Lafayette, Louisiana 70505-1709
        Telephone:    337.232.7516
        Telefax:    337.261.9589
        Email:    patrick@dpdlawfirm.com
        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record, from Lafayette, Louisiana on August 6, 2010, in this proceeding by:

|  | Hand Delivery |  | Prepaid U.S./Certified Mail |
|---|---|---|---|
| X | Facsimile/Electronic Mail |  | Federal Express/Courier |

_____
D. PATRICK DANIEL, JR.